Robert L. PRYOR, Chapter 7 Trustee of the Bankruptcy Estate of Christos Vouzianas and Nota Vouzianas, petitioner, v. READY & PONTISAKOS.

No. 01-988.

March 4, 2002.

Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.